UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRANDON DAWKINS,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL COSTIGAN and<br>CHRISTOPHER MILLER,<br>    Defendants. | C.A. No. 14-004-M-PAS |

## JURY VERDICT FORM

We, the jury unanimously find as follows:

1. As to the claim of excessive force, we the jury find for:

   a. __✓__ Plaintiff Brandon Dawkins    or    _____ Defendant Michael Costigan

   b. __✓__ Plaintiff Brandon Dawkins    or    _____ Defendant Christopher Miller

**[CONTINUE TO QUESTION #2]**

2. As to the claim of assault, we the jury find for:

   a. __✓__ Plaintiff Brandon Dawkins    or    _____ Defendant Michael Costigan

   b. __✓__ Plaintiff Brandon Dawkins    or    _____ Defendant Christopher Miller

**[CONTINUE TO QUESTION #3]**

3. As to the claim of battery, we the jury find for:

   a. __✓__ Plaintiff Brandon Dawkins   or   _____ Defendant Michael Costigan

   b. __✓__ Plaintiff Brandon Dawkins   or   _____ Defendant Christopher Miller

**[IF YOU CHECKED <u>ANY</u> LINE <u>FOR THE PLAINTIFF</u>
IN QUESTIONS 1, 2, or 3 ABOVE,
CONTINUE TO QUESTION #4 ON DAMAGES.**

**IF YOU DID NOT CHECK <u>ANY</u> LINE IN QUESTIONS 1, 2, or 3 ABOVE
FOR THE PLAINTIFF <u>STOP HERE,</u>
<u>AND SIGN AND DATE JURY VERDICT FORM BELOW</u>]**

4. We the jury award the following amount to Plaintiff for his damages:

   $ __42,500__

_____
Jury Foreperson Signature

__4/12/17__
Date

2